IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE I. CALDERON                                                                                         PETITIONER

v.                                        Case No. 2:13-CV-02257

SHEILA SHARP, Director, Arkansas
Department of Community Correction; and
DALE OWEN, ADCC Probation Officer                                             RESPONDENTS

**O R D E R**

      The Court has received proposed findings and recommendations (Doc. 38) from Chief United States Magistrate Judge James R. Marschewski. No objections have been filed, and the deadline for filing objections has passed.

      After careful review, the Court finds the Magistrate's reasoning to be sound. The Court therefore ADOPTS the findings and recommendations of the Magistrate in full.

      Accordingly, for the reasons stated in the Magistrate's report and recommendation, IT IS ORDERED that Mr. Calderon's petition is DISMISSED WITH PREJUDICE.

      Judgment will be entered accordingly.

      IT IS SO ORDERED this 5th day of November, 2014.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE