IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE I. CALDERON                                                                                    PETITIONER

v.                                    Case No. 2:13-CV-02257

SHEILA SHARP, Director, Arkansas
Department of Community Correction; and
DALE OWEN, ADCC Probation Officer                                              RESPONDENTS

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that the instant petition is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 5th day of November, 2014.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE