IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE I. CALDERON                                                           PLAINTIFF

v.                            Case No. 2:13-CV-02257

SHEILA SHARP, Director, Arkansas Department
of Community Correction ("ADCC"); and DALE
OWEN, ADCC Probation Officer                          DEFENDANTS

**O R D E R**

The Court has received proposed findings and recommendations (Doc. 50) from United States Magistrate Judge James R. Marschewski. The time for filing objections has passed, and no objections have been filed.

The Court has reviewed this case and finds that the report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY. Accordingly, for the reasons stated in the Magistrate's report and recommendations, IT IS ORDERED that the motions for certificate of appealability (Docs. 45 and 47) are DENIED.

IT IS SO ORDERED this 26th day of January, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE