IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

JOSE I. CALDERON                                                                                          PETITIONER

    v.                              Civil No. 13-2257

SHELIA SHARP, Director,
Arkansas Community Corrections;
and DALE OWEN, Probation Officer                                                          RESPONDENTS

## ORDER

Petitioner has filed a motion to proceed *in forma pauperis* on appeal (Doc. 44). The motion (Doc. 44) is granted.

IT IS SO ORDERED this 29th day of January 2015.

                                      /s/ *Mark E. Ford*
                                      HON. MARK E. FORD
                                      UNITED STATES MAGISTRATE JUDGE